No. 75–1707. OHIO BUREAU OF EMPLOYMENT SERVICES ET AL. *v.* HODORY. Appeal from D. C. N. D. Ohio. [Probable

jurisdiction noted, ante, p. 814.] Motions of Republic Steel Corp. and United States Steel Corp. for leave to file briefs as *amici curiae* granted.